UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>  v.<br><br>VLADISLAV KLIUSHIN (a/k/a VLADISLAV KLYUSHIN),<br>NIKOLAI RUMIANTCEV (a/k/a NIKOLAY RUMYANTCEV),<br>MIKHAIL IRZAK,<br>IGOR SLADKOV, and<br>IVAN YERMAKOV (a/k/a IVAN ERMAKOV),<br><br>                    Defendants. | Case No. 1:21-cv-12088-DLC |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, Plaintiff U.S. Securities and Exchange Commission (the "SEC") respectfully moves this Court for an order authorizing it to serve the Complaint and Summons (ECF Nos. 1 and 2) by alternative means upon Defendants Nikolai Rumiantcev, a/k/a Nikolay Rumyantcev ("Rumiantcev"), Mikhail Irzak ("Irzak"), Igor Sladkov ("Sladkov"), and Ivan Yermakov, a/k/a Ivan Ermakov ("Yermakov"), by (a) email to addresses that these Defendants have used; and (b) publication in *The New York Times International Edition* for distribution in Russia, where these Defendants reside. As set forth in the memorandum of law and declaration filed herewith, these alternative means are reasonably calculated to provide these Defendants notice of the Summons and Complaint in this matter.

Dated:  February 11, 2022                        Respectfully submitted,

*/s/ James P. Connor*
David S. Mendel
James P. Connor
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E., Washington, DC 20549
Tel: (202) 551-4418 (Mendel)
Tel: (202) 551-8394 (Connor)
MendelD@sec.gov
ConnorJ@sec.gov

## CERTIFICATE OF SERVICE

Although the Defendants that are the subject of this motion have not appeared in this case, consistent with the SEC's position that the Defendants receive emails at the addresses noted in this Motion, I, James P. Connor, certify that on February 11, 2022, copies of this motion, the Memorandum in Support, the Declaration of Megan M. Bergstrom, and all attachments were sent to the Defendants at the following email addresses:

| Defendant | Email Address |
|---|---|
| Nikolai Rumiantcev | nr@m13.su |
| Mikhail Irzak | mikka777@yahoo.com |
| Igor Sladkov | isladkov@mail.ru |
| Ivan Yermakov | i.s.ermakov@yandex.ru |

I further certify that on February 11, 2022, copies of this motion, the Memorandum in Support, the Declaration of Megan M. Bergstrom, and all attachments were sent to the following Defendants by United States Postal Service International Mail to the following addresses:

| Defendant | Physical Address |
|---|---|
| Nikolai Rumiantcev | 59 Primorskii Ave., 3, 197183, Saint Petersburg, Russian Federation |
| Mikhail Irzak | House 10, Flat 323 ulitsa Tatiani Makarovoy Moscow, Russian Federation |
| Igor Sladkov | House 31, Flat 45, Serdobolskaya Street, 197342, Saint Petersburg, Russian Federation |

      I further certify that on February 11, 2022, copies of this motion, the Memorandum in Support, the Declaration of Megan M. Bergstrom, and all attachments were filed using the Court's CM/ECF system, which constitutes service upon all registered ECF users, including counsel for Defendant Vladislav Kliushin.

                                         <u>/s/ James P. Connor</u>
                                         JAMES P. CONNOR