UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>  v.<br><br>VLADISLAV KLIUSHIN (a/k/a VLADISLAV KLYUSHIN),<br>NIKOLAI RUMIANTCEV (a/k/a NIKOLAY RUMYANTCEV),<br>MIKHAIL IRZAK,<br>IGOR SLADKOV, and<br>IVAN YERMAKOV (a/k/a IVAN ERMAKOV),<br><br>                      Defendants. | Case No. 1:21-cv-12088-DLC |

**DECLARATION OF MEGAN BERGSTROM IN SUPPORT
OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

I, Megan Bergstrom, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am employed as a staff attorney by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement, at the SEC's regional office in Los Angeles, California. I am assigned to the SEC's investigation related to the conduct alleged in the Complaint filed in this action (ECF No. 1). I make this Declaration in support of the SEC's Motion for Alternative Service and based upon my personal knowledge.

2. On December 20, 2021, the SEC filed its Complaint in this matter against Defendants Nikolai Rumiantcev, a/k/a Nikolay Rumyantcev ("Rumiantcev"), Mikhail Irzak ("Irzak"), Igor Sladkov ("Sladkov"), Ivan Yermakov, a/k/a Ivan Ermakov ("Yermakov"), and Vladislav Kliushin, a/k/a Vladislav Klyushin ("Kliushin"). The SEC alleges that all of the Defendants violated Section 17(a) of the Securities Exchange Act of 1933 and Section 10(b) of

the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 thereunder, and that Defendants Rumiantcev, Irzak, Sladkov, and Kliushin also violated Section 20(b) of the Exchange Act.

3. Defendant Irzak resides in Saint Petersburg, Russian Federation. Compl. ¶ 17. Attached as **Exhibit 1** is a true and accurate copy of an August 2018 client identification form for Irzak's individual account at a Cyprus-based brokerage firm, Zerich Securities Limited (account no. ending in -5972), that lists a Saint Petersburg address for Irzak and his email address as Mikka777@yahoo.com. Irzak used this Zerich brokerage account to place trades at issue in this case. Compl. ¶ 17.

4. Irzak also used a brokerage account with Millennium BCP, a Portugal-based brokerage firm (account no. ending in -8375), to place trades at issue in this case. Compl. ¶ 17. Attached as **Exhibit 2** is a true and accurate copy of a July 2019 services agreement between Millennium BCP and Irzak that also lists Irzak's email address as Mikka777@yahoo.com. Millennium BCP provided records to the SEC, which indicate that Millennium BCP used this email address to communicate with Irzak. Attached as **Exhibit 3** is a true and accurate copy of January 2021 emails between Millennium BCP and Irzak's email address at Mikka777@yahoo.com.

5. Irzak also used a brokerage account with Saxo Bank, a Danish brokerage firm, to place trades at issue in this case. Compl. ¶ 17. Saxo Bank provided records to the SEC, which indicate that Saxo Bank used this email address to communicate with Irzak in October 2020. Attached as **Exhibit 4** is a true and accurate copy of an email sent by Saxo Bank to Irzak's email address at Mikka777@yahoo.com.

6. Defendant Rumiantcev resides in Moscow, Russian Federation. Compl. ¶16. Attached as **Exhibit 5** is a true and accurate copy of a January 2020 account opening form for Defendant Kliushin's brokerage account at BCS Prime Brokerage Limited, a United Kingdom-based brokerage firm, for which Rumiantcev is listed as a person authorized to act on behalf of the account. Exhibit 5 lists a Moscow address for Rumiantcev and identifies his email address as nr@m13.su. Rumiantcev used this BCS Prime Brokerage Limited account to place trades at issue in this case. Compl. ¶¶ 15-16.

7. BCS Prime Brokerage Limited provided records to the SEC, which indicate that an affiliated brokerage firm, BCS Global Markets, used this email address (nr@m13.su) to communicate with Rumiantcev. Attached as **Exhibit 6** is a true and accurate copy of January 2020 emails between BCS Global Markets and Rumiantcev's email address at nr@m13.su.

8. Defendant Sladkov resides in Saint Petersburg, Russian Federation. Compl. ¶ 18. Attached as **Exhibit 7** is a true and accurate copy of a June 2018 client identification form for Sladkov's individual account at a Cyprus-based brokerage firm, BrokerCreditService (Cyprus) Limited, that lists a Saint Petersburg address for Sladkov and identifies his email address as isladkov@mail.ru. Sladkov used this BrokerCreditService (Cyprus) Limited brokerage account to place trades at issue in this case. Compl. ¶ 18.

9. BrokerCreditService (Cyprus) Limited provided records to the SEC, which indicate that an affiliated brokerage firm, BCS Global Markets, used this email address (isladkov@mail.ru) to communicate with Sladkov. Attached as **Exhibit 8** is a true and accurate copy of March 2021 emails between BCS Global Markets and Sladkov's email address at isladkov@mail.ru.

10. The SEC does not possess a residential address for Yermakov, though it is believed that he resides in Moscow, Russian Federation. Compl. ¶ 19; *FBI Most Wanted*, Federal Bureau of Investigation, https://www.fbi.gov/wanted/cyber/ivan-sergeyevich-yermakov (last visited February 10, 2022). During the SEC's investigation, the SEC received documents from the Department of Justice. These documents include: (1) a record from Apple, Inc., linking Yermakov email address (i.s.ermakow@yandex.ru) to his Apple account as late as June 2020; and (2) an email sent from a third party to Yermakov at the same email address (i.s.ermakow@yandex.ru) in 2020 **(Exhibit 9)**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2022

_____
Megan Bergstrom