Declaration of Megan Bergstrom

**Exhibit 2**



## Contrato do Serviço de Meios de Comunicação à Distância
Clientes Particulares

| DATA | SUCURSAL | CÓDIGO | N.º DE CONTA D.O. |
|---|---|---|---|
| 2019-07-04 | DRSI-FONTES PEREIRA MELO | 0 6 0 2 0 | ▇▇▇557 |

### IDENTIFICAÇÃO DO CLIENTE

NOME COMPLETO   MIKHAIL IRZAK
NIF             ▇▇▇3375

### DADOS DE CONTACTO DO CLIENTE

TELEMÓVEL                        9500097766
ENDEREÇO DE CORREIO ELETRÓNICO   MIKKA777@YAHOO.COM

### CONDIÇÕES GERAIS

**1. Preliminares**

1.1. Ao subscrever o presente Contrato o Cliente acima identificado toma inteiro conhecimento e aceita as condições aplicáveis ao Serviço Meios de Comunicação à Distância do Millennium bcp (Banco), aderindo e vinculando-se aos direitos e deveres ora estipulados.

1.2. O Banco, melhor identificado em texto lateral, é uma instituição de crédito inscrita no registo especial no Banco de Portugal sob o n.º 33, é um intermediário financeiro inscrito no registo da Comissão do Mercado de Valores Mobiliários sob o n.º 105, é mediador de seguros ligado com o n.º 207074605 (data de registo: 26/06/2007). O Banco está autorizado a realizar mediação de seguros dos Ramos Vida e Não Vida das Seguradoras Ocidental - Companhia Portuguesa de Seguros de Vida, S.A., Ocidental - Companhia Portuguesa de Seguros, S.A. e Médis - Companhia Portuguesa de Seguros de Saúde, S.A. e ainda com a Pensõesgere - Sociedade Gestora de Fundos de Pensões, S.A. (informações e outros detalhes do registo disponíveis em www.asf.com.pt).

1.3. O Banco está sujeito à supervisão do Banco de Portugal, o qual tem sede na Rua do Comércio, n.º 148, 1100-150 Lisboa, da Comissão do Mercado de Valores Mobiliários com sede na Rua Laura Alves, n.º 4, 1050-138 Lisboa e do Instituto de Seguros de Portugal com sede na Av.ª da Republica, n.º 76, 1600-205 Lisboa, no âmbito das competências próprias de cada uma destas entidades.

**2. Âmbito de aplicação**

2.1. Para efeitos do disposto no presente Contrato, consideram-se meios de comunicação à distância entre o Banco e o Cliente, os seguintes canais de comunicação remota:

a) Canal Telefonia Vocal, mais adiante designado por Centro de Contactos quando envolva um serviço de *call center* - meio de comunicação por telefone estabelecido por iniciativa do Banco ou do Cliente, incluindo os contactos telefónicos estabelecidos através do Centro de Contactos (comunicações associadas aos números telefónicos 707502424 / 918272424 / 935222424 / 965992424 (chamada nacional) e +351707502424 / +351210052424 (chamada internacional) ou outros números que os venham a substituir e divulgados pelo Banco);

b) Canal Internet - meio de acesso do Cliente ao Banco através do sítio de Internet www.millenniumbcp.pt;

c) Canal *Mobile* - meio de acesso do Cliente ao Banco através de *Mobile Web*, Apps Millennium, App MBolsa, *Apple Watch* e outras extensões das Apps;

d) *Millennium Teller Machine*, adiante designada por *MTM* - meio de acesso do Cliente ao Banco através de máquina *selbanking* (caixa automático) em que o Cliente pode efetuar consultas e realizar operações bancárias de tesouraria e adesão a produtos e serviços financeiros de forma autónoma ou assistida (presencial ou remota, sendo esta última realizada com Código de Autenticação).

2.2. Os meios de comunicação à distância são canais de comunicação remota de acesso do Cliente aos serviços que em cada momento o Banco tenha disponíveis para oferecer nesses canais, para a outorga de atos ou negócios jurídicos no âmbito da relação bancária estabelecida com o Banco, na sua qualidade de instituição de crédito e de agente de seguros, permitindo o acesso à conta de depósitos à ordem acima indicada (Conta Vinculada), para consulta, obtenção de informações e realização de operações, bem como a divulgação e comercialização pelo Banco, e contratação à distância, de produtos e serviços financeiros, incluindo os relativos a serviços de pagamento, valores mobiliários e seguros.

2.3 Para efeitos do disposto no número anterior, consideram-se atos ou negócios jurídicos outorgados no âmbito da relação bancária, todos os que respeitam aos processos de abertura, manutenção e encerramento de contas de depósitos à ordem, de serviços de pagamento, de crédito ou de registo e depósito de instrumentos financeiros, à movimentação das referidas contas e aos processos de celebração e de execução de contratos de seguros do ramo Vida e Não Vida e a gestão de sinistros, incluindo, designadamente, a realização de operações sobre seguros, a emissão de procurações, a emissão de declarações relativas a dados pessoais, a apresentação de reclamações ou pedidos diversos, a apresentação

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o n° único de matrícula e de identificação fiscal 501 525 882
CE05636/01

(Documento Processado por Computador)                                                            Pág. 1 de 10



de pedidos de declarações, de pedidos de informação, de pedidos de segundas vias de extratos ou de outros documentos, a passagem de recibos, a subscrição de contratos de utilização de instrumentos de pagamento, incluindo instrumentos de pagamento para transações seguras em comércio eletrónico e desmaterializadas baseados em cartão, a pedidos de códigos de acesso ou de utilização de serviços de Internet ou de instrumentos de pagamento, a celebração de contratos de acquiring e requisição de TPA's, a contratação de débitos diretos, a contratação de serviços de envio de fundos, a emissão e revogação de ordens de pagamento, incluindo de ordens permanentes ou periódicas, a emissão de ordens de aquisição, venda ou resgate sobre instrumentos financeiros, ainda que em Bolsa, a subscrição e resgate de produtos de investimento de retalho e de produtos de investimento com base em seguros, a requisição de cheques, a constituição, reforço ou liquidação de depósitos a prazo, a contratação e resolução de alugueres de cofres, a contratação ou gestão de operações de crédito, leasing, a emissão de garantias.

2.4. No âmbito das comunicações à distância, o Cliente aceita ser abordado por iniciativa do Banco. No caso do Canal Telefonia Vocal, os contactos serão realizados com obediência aos números de telefone indicados no quadro "DADOS DE CONTACTO DO CLIENTE".

2.5. Para efeitos do ponto anterior, o Cliente expressamente consente e solicita ao Banco que, através dos referidos canais de comunicação remota e, bem assim, do correio eletrónico, proceda à divulgação, preste informações e lhe apresente propostas concretas de celebração ou de alteração de contratos, subscrição de produtos e serviços e de execução de operações à distância de produtos e serviços financeiros, incluindo serviços bancários, de pagamentos, de crédito, de intermediação ou investimento em instrumentos financeiros, de adesão individual a fundos de pensões abertos, de seguros, mesmo que tais propostas impliquem um pedido de pagamento.

2.6. O Cliente pode agregar ao serviço prestado através dos meios de comunicação à distância outras contas de depósitos à ordem de que seja titular no Banco (contas agregadas), devendo para isso obter, no caso de conta coletiva de movimentação conjunta ou mista sem poderes de movimentação autónoma, a autorização dos restantes titulares.

2.7. Sem prejuízo de outras medidas de restrição de acesso que o Banco pode estabelecer, no caso de a Conta Vinculada ou outra conta agregada ser uma conta coletiva de movimentação conjunta ou mista sem poderes de movimentação autónoma por parte do Cliente, (i) o acesso aos canais *Internet*, *Mobile* e *MTM* fica limitado ao modo consulta e obtenção de informações, sem acesso à realização de operações, (ii) a utilização do canal Centro de Contactos para a realização de operações implica um procedimento de confirmação, nos termos do previsto no n.º 7.7.

2.8. Pelos meios de comunicação à distância o Cliente pode solicitar a aquisição de produtos e serviços com terceiras entidades, nos termos do acordo celebrado entre estas e o Banco.

2.9. Todos os contratos celebrados através de meios de comunicação à distância ficam subordinados ao disposto no presente Contrato e às condições gerais e particulares aplicáveis ao contrato de abertura de conta de depósitos à ordem da Conta Vinculada e contas agregadas e outros contratos celebrados entre as partes e relativos a cada produto ou serviço concretamente disponibilizado, assim como ao tarifário em vigor no preçário do Banco, legislação aplicável e usos bancários em geral.

### 3. Riscos associados aos meios de comunicação à distância

3.1. Fica expressamente convencionado e aceite que, tendo em conta os conhecimentos e as tecnologias disponíveis atualmente, não é possível garantir a completa segurança dos meios de comunicação à distância de acesso do Cliente ao Banco contra a consulta e a realização de operações fraudulentas por terceiros não autorizados na conta do Cliente, obrigando-se este a seguir rigorosamente as recomendações de segurança feitas pelo Banco em cada momento, nos termos do documento ANEXO - RISCOS E REGRAS DE SEGURANÇA, que faz parte integrante do presente Contrato, e dos avisos periódicos que o Banco fará no sítio de Internet www.millenniumbcp.pt, que o Cliente se obriga a tomar conhecimento e a cumprir integralmente.

3.2. O Banco é responsável por assegurar a fiabilidade da sua página de Internet, serviços de *Mobile Banking* e *MTM* bem como a segurança dos seus servidores e componentes informáticos.

3.3 O Cliente é responsável pela segurança e fiabilidade do equipamento informático e de comunicação utilizado para acesso ao Banco através dos meios de comunicação à distância, nomeadamente dos computadores, tablets, telemóveis e ligações à Internet de sua propriedade ou sob sua alçada, nos termos do disposto nos n.ºs 3.4. e 3.5. seguintes.

3.4. O Cliente deverá dispor de equipamento informático e de comunicação com as características adequadas para poder aceder ao Banco através dos meios de comunicação à distância, sendo da sua responsabilidade a segurança, manutenção e introdução das modificações eventualmente necessárias para assegurar em permanência o acesso, por essa via, ao Banco, de acordo com as inovações e alterações tecnológicas que vierem a ser introduzidas e recomendações de segurança publicadas.

3.5. As características mínimas, de equipamento e comunicações, em cada momento necessárias para a utilização de cada meio de comunicação à distância, encontram-se descritas no sítio de Internet www.millenniumbcp.pt, nos espaços informativos de cada canal.

### 4. Códigos de Autenticação

4.1. A faculdade de acesso, pelo Cliente, à Conta Vinculada e a outras contas agregadas, que resulta da subscrição do presente Contrato, e subsequente consulta, pedidos de informação, transmissão de ordens ou instruções, ou subscrição de contratos, produtos e serviços mencionados no capítulo 2 do presente Contrato, está sujeita à correta utilização, de um conjunto de Códigos de Autenticação, isto é, à utilização de uma assinatura eletrónica consubstanciada num processamento eletrónico de dados suscetível de constituir objeto de direito individual e exclusivo do Cliente e de ser

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o n° único de matrícula e de identificação fiscal 501 525 882

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-CMVM-E-0000014



utilizado para a sua autenticação no canal e para dar a conhecer a autoria de documentos eletrónicos.

4.2. A faculdade de acesso, pelo Cliente, à Conta Vinculada e a outras contas agregadas através de *Apple Watch* está sujeita a processos de identificação e de reconhecimento especiais, definidos em cláusulas contratuais próprias.

4.3. Ao Cliente será atribuído um código pessoal secreto - Código de Acesso (Multicanal) - essencial para aceder aos canais Centro de Contactos, Internet, *Mobile* e MTM.

4.4. O acesso aos canais Internet e *Mobile* requer que o Banco atribua, adicionalmente um Código de Utilizador, que o Cliente deverá alterar no primeiro acesso ao sítio de Internet www.millenniumbcp.pt.

4.5. O acesso ao canal MTM poderá ser efetuado adicionalmente com cartão bancário personalizado.

4.6. No âmbito das comunicações efetuadas por Telefonia Vocal cujo estabelecimento não requeira a utilização de um Código de Acesso (Multicanal), o Cliente declara e aceita que o Banco o considere identificado e reconhecido logo que indique cumulativa e corretamente a resposta às questões colocadas pelo Banco sobre elementos do património financeiro do Cliente, das contas de depósitos da sua titularidade, ou outros factos que sejam de conhecimento do Banco por força das condições gerais de abertura de conta, ou outras que tenham sido previamente combinadas entre as partes, tudo em conformidade com os procedimentos de identificação e de reconhecimento dos Clientes estipulados para este canal.

4.7. Para a outorga de determinados atos ou negócios jurídicos nos meios de comunicação à distância, nomeadamente para a realização de operações de pagamento de montante significativo realizadas por débito na Conta Vinculada ou numa conta agregada ao serviço, pode ser exigível um reconhecimento adicional através (i) de um sistema de Autenticação Forte do Cliente (AFC) - confirmação da operação com um dado biométrico ou um código gerado via token ou enviado por SMS para o número de telemóvel do Cliente no momento da realização da mesma, ou (ii) da confirmação da operação com posições aleatórias de um código pessoal secreto - Chave de Confirmação - atribuído previamente pelo Banco.

4.8. O Código de Utilizador, o Código de Acesso (Multicanal), a AFC e a Chave de Confirmação são Códigos de Autenticação pessoais, confidenciais e intransmissíveis, pelo que o Cliente não pode permitir a sua utilização por terceiros, ainda que seus mandatários, fazendo uma utilização rigorosa, exclusivamente pessoal e assumindo todos os riscos inerentes à sua divulgação indevida.

4.9. Se em algum caso, o Cliente tiver razões que indiciem que terceiros têm conhecimento do seu Código de Acesso (Multicanal) ou da Chave de Confirmação, deve entrar de imediato em contacto com o Banco, de modo a que seja bloqueada a utilização dos mesmos.

4.10. Por questões de segurança o Banco nunca solicita a introdução do Código de Acesso (Multicanal) ou da Chave de Confirmação na totalidade.

4.11. No sítio de Internet www.millenniumbcp.pt o Cliente pode alterar a qualquer momento o Código de Utilizador e o Código de Acesso (Multicanal). A Chave de Confirmação pode ser alterada no canal Centro de Contactos. O Código de Acesso (Multicanal) pode também ser alterado através do canal Centro de Contactos (apenas em atendimento automático - *Voice Response System*).

4.12. O Cliente, através dos serviços disponíveis, pode, a cada momento, definir e gerir as operações que, envolvendo qualquer tipo de alteração ao património e em função particular dos beneficiários envolvidos, não carecem da utilização da AFC ou de uma Chave de Confirmação para a sua concretização.

4.13. O Banco pode a cada momento definir um conjunto de condições - relativas a beneficiários, operações ou montantes - cuja verificação exime o Cliente da utilização da AFC ou de uma Chave de Confirmação adicional para a execução de operações.

**5. Chave Móvel Digital**

5.1. Nos Canais Internet e *Mobile*, exclusivamente para acesso e autenticação nos mesmos, o Cliente pode optar, em alternativa à utilização dos códigos previstos no capítulo anterior, à utilização do serviço Chave Móvel Digital disponibilizado pelo Estado Português e subcontratado pelo Banco.

5.2. A Chave Móvel Digital é um meio de acesso e autenticação que permite a associação de um número de telemóvel ao número de identificação civil para um cidadão português e o número de passaporte para um cidadão estrangeiro residente em Portugal. A Chave Móvel Digital permite ao utilizador autenticar-se através de:

a)  Número de telemóvel;
b)  PIN - Palavra-chave ou código de segurança numérico criado no registo da Chave Móvel Digital;
c)  Código de segurança numérico único e temporário de 6 dígitos enviado por SMS ou por e-mail para o número de telemóvel do Cliente.

5.3 Ao optar por algum estes métodos o Cliente tem a responsabilidade pela utilização segura do PIN bem como do telemóvel e e-mail associados ao seu registo.

5.4. O acesso aos canais Internet e Mobile do Banco através de autenticação com Chave Móvel Digital carece de prévia adesão do Cliente no sítio de Internet autenticacao.gov.pt ou presencialmente nos Espaços Cidadão.

5.5 Ao escolher esta forma de autenticação o Cliente é redirecionado de forma segura para o serviço de Internet autenticacao.gov.pt, onde é informado dos dados solicitados pelo Banco e concorda explicitamente com essa

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o nº único de matrícula e de identificação fiscal 501 525 882



transmissão.

5.6 Fica expressamente convencionado que a autenticação do utilizador através da Chave Móvel Digital confere ao Banco legitimidade para conceder acesso do mesmo ao canal Internet ou *Mobile* escolhido e à Conta Vinculada correspondente.

**6. Convenção sobre prova**

6.1. As partes aceitam a equiparação jurídica dos Códigos de Autenticação, bem como da Chave Móvel Digital, às assinaturas manuscritas do Cliente.

6.2. O Banco assumirá legitimamente qualquer acesso, pedido de informação, transmissão de ordens ou instruções, subscrição de contrato ou outorga de quaisquer atos ou negócios jurídicos mediante a utilização dos Códigos de Autenticação, bem como da Chave Móvel Digital, como sendo da autoria do Cliente, não lhe sendo exigível verificar a identidade do utilizador por qualquer outra via.

6.3 O referido no número anterior não pode ser interpretado como inibindo o Banco de obter a confirmação junto do Cliente das ordens ou instruções recebidas, incluindo uma confirmação por escrito, com assinatura autógrafa, nem prejudica a adoção de outra forma de contratualização das operações bancárias a pedido do Banco ou em resultado de disposição legal, ou limitar a aceitação de determinado tipo de instruções em função de montantes, número de ordens ou outro critério.

6.4. As ordens e instruções que o Banco recebe, bem como os atos de subscrição de contratos, ou outorga de quaisquer atos ou negócios jurídicos, desde que corretamente validados mediante a utilização dos Códigos de Autenticação ou da Chave Móvel Digital, gozam de plenos efeitos jurídicos, ficando o Banco irrevogavelmente legitimado para cumpri-las ou executa-los e efetuar os débitos e créditos que deles decorram, entendendo-se, em qualquer caso, que o Banco atua em cumprimento das ordens e instruções recebidas e da vontade real do Cliente.

6.5. Fica expressamente pactuado entre o Cliente e o Banco que, nos termos e para os efeitos do n.º 4 do art. 3º do Decreto-Lei n.º 290-D/99, de 2 de agosto, a correta utilização dos Códigos de Autenticação atribuídos ao Cliente, bem como da Chave Móvel Digital, terá o mesmo valor jurídico e probatório da assinatura manuscrita do Cliente em papel.

6.6. O disposto nos capítulos 4 e 5 e no presente capítulo aplica-se também à contratação de produtos e serviços com terceiras entidades, prevista no n.º 2.9., agindo o Banco, no âmbito desta disposição, em nome e em representação daquelas entidades.

**7. Tratamento das instruções do Cliente**

7.1. Sem prejuízo do disposto no n.º 9.1., o Cliente pode dar instruções ao Banco através dos meios de comunicação à distância a qualquer hora do dia, todos os dias do ano, com exceção do canal Telefonia Vocal, que fica sujeito aos seguintes horários: (i) Centro de Contactos, atendimento humano, no qual entre as 22h00 e as 8h30 só estão disponíveis os serviços de emergência; (ii) restantes comunicações telefónicas, de acordo com os horários de funcionamento das Agências do Banco.

7.2. A execução das ordens transmitidas pelo Cliente será efetuada de acordo com as condições aplicáveis ao tipo de canal remoto em causa, serviço ou produto solicitado.

7.3. O Banco poderá abster-se de executar ordens transmitidas pelo Cliente, quando estas não respeitarem as disposições legais aplicáveis ou colidirem com os usos bancários, quando a conta a movimentar não se encontre provisionada para a operação pretendida, ou ainda quando não for cumprida qualquer disposição constante nas presentes Condições Gerais, designadamente em virtude de alguma irregularidade no processo de transmissão e/ou autorização da ordem em causa que não seja devidamente sanada no prazo de 72 horas.

7.4. Uma vez autorizadas e enviadas ao Banco para processamento imediato não é possível efetuar alterações, nem cancelar as ordens transmitidas através dos meios de comunicação à distância.

7.5. Considerando que os serviços ou operações disponibilizados pelo Banco através dos meios de comunicação à distância estão sujeitos a interferências, interrupções, desconexões ou outras anomalias, designadamente em consequência de avarias, sobrecargas, cargas de linha, faltas de energia, o Cliente reconhece expressamente que o Banco não será responsável pelos danos, potenciais ou atuais, incluindo lucros cessantes, que, direta ou indiretamente, possam resultar para o Cliente por força da ocorrência de tais eventos, na medida em que as referidas interferências, interrupções, desconexões ou anomalias tenham origem em atos ou omissões de terceiros, nestes incluindo as entidades fornecedoras ou licenciadoras de serviços ao Banco, e em serviços cuja detenção e controlo lhes pertença.

7.6. A função "BancoMail" do canal Internet não obriga o Banco à execução de ordens, salvo acordo expresso para o efeito.

7.7. Apenas para o canal Centro de Contactos, e no caso de contas coletivas de movimentação conjunta ou mistas sem poderes de movimentação autónoma por parte do Cliente, a execução de qualquer operação depende da prévia receção pelo Banco da confirmação, através de documento escrito, de todos os cotitulares que obrigam a conta, o que deverá acontecer no prazo máximo das 48 horas seguintes à respetiva transmissão. O Cliente aceita que, nestes casos, a confirmação constitua meio bastante de prova das operações a que respeita.

7.8. Com a resposta correta às questões que sejam colocadas ao Cliente em cada contacto telefónico, em conformidade com os procedimentos de identificação e de reconhecimento dos Clientes referidos no n.º 4.6, e a manifestação do acordo do mesmo às concretas propostas que venham a ser formuladas pelo Banco, fica desde já o Banco autorizado a debitar o valor e os custos associados à transação respetiva.

7.9. Por razões de segurança e como meio de prova, o Cliente autoriza o Banco a proceder à gravação de todas as

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o nº único de matrícula e de identificação fiscal 501 525 882

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-CMVM-E-0000016



conversações mantidas entre ambos por Telefonia Vocal, reconhecendo a validade de tais registos como meio probatório pleno da vontade negocial manifestada por qualquer das partes por essa via, nomeadamente das informações, esclarecimentos ou aconselhamentos prestados pelo Banco, das ordens e instruções transmitidas pelo Cliente, ou da subscrição ou adesão por este a serviços comercializados pelo Banco.

### 8. Registo das operações

8.1. O Cliente e o Banco acordam que o registo informático das operações realizadas ao abrigo do presente Contrato, o qual poderá ser visualizado em terminal e/ou impresso em papel, constitui prova adequada das ordens dadas pelo Cliente.

8.2. O Banco compromete-se a manter permanentemente atualizada a informação que disponibiliza ao Cliente através dos canais Internet, *Mobile* e *MTM*. Todavia, sobre esta prevalecerão sempre os registos contabilísticos próprios do Banco.

### 9. Suspensão, bloqueio do acesso e resolução do Contrato

9.1. Fica expressamente convencionado que ao Banco assiste o direito de resolver o presente Contrato, cancelando o serviço, ou de suspender, ou bloquear o serviço e a ligação do Cliente ao Banco, total ou parcialmente, através dos meios de comunicação à distância se no entender do Banco tal se justificar por razões de ameaça para a segurança, de fraude comprovada, risco ou suspeita de utilização não autorizada ou fraudulenta daqueles meios, aumento significativo do risco de o Cliente não poder cumprir as suas responsabilidades de pagamento, ou ainda por razões de assistência, manutenção, reparação, ou introdução de melhorias ao processamento interno de dados.

9.2. Nos casos previstos no número anterior o Banco obriga-se a notificar o Cliente imediatamente da realização do bloqueio ou do cancelamento do serviço, através de mensagem automática ou outro meio também expedito, confirmando a posteriori, num prazo não superior a 5 dias por escrito, para a morada afeta à Conta Vinculada ou para o endereço de correio eletrónico comunicado anteriormente, pelo Cliente, e que consta nos registos do Banco, os referidos factos e respetiva justificação, salvo quanto esta última não puder ser prestada por razões de segurança objetivamente fundamentadas ou se for proibida por outras disposições legais aplicáveis.

9.3. Por questões de segurança o Cliente ficará inibido de aceder aos serviços do Banco através do Centro de Contactos, Internet, *Mobile* e *MTM* caso ocorram três falhas consecutivas no uso do Código de Utilizador, do Código de Acesso (Multicanal) ou da Chave de Confirmação.

9.4. No caso previsto no número anterior, a reativação do Código de Utilizador, do Código de Acesso (Multicanal) ou da Chave de Confirmação poderá ser obtida através de contato presencial numa Agência do Banco ou contato telefónico através do canal Centro de Contactos.

9.5. Não sendo possível reativar os códigos originais, nos termos do número anterior, deverão ser obtidos novos códigos através dos meios disponíveis para esse efeito, como sejam as Agências do Banco ou as caixas automáticas Multibanco.

9.6. Em caso de extravio, furto ou reprodução do Código de Utilizador, do Código de Acesso (Multicanal) ou da Chave de Confirmação, ou em qualquer situação que indicie que terceiros não autorizados tenham acedido ao serviço, bem como sempre que o Cliente verifique o registo na conta de qualquer transação não consentida ou a existência de erros ou irregularidades na efetivação das operações, deve o Cliente dar de imediato conhecimento do facto ao Banco pelo meio mais expedito, confirmando a *posteriori*, por escrito num prazo não superior a 5 dias, os referidos factos.

9.7. Na situação prevista no número anterior, bem como se ao Banco parecer indicado, de acordo com razões objetivas, designadamente se detetar indícios de irregularidades ou para proteção do património do Cliente, bloqueará o acesso às contas através dos canais Centro de Contactos, Internet, *Mobile* e *MTM*.

9.8. O bloqueio previsto no número anterior provoca automaticamente a anulação do Código de Utilizador, do Código de Acesso (Multicanal) e da Chave de Confirmação e a resolução do presente Contrato, obrigando-se o Banco a notificar o Cliente seguindo o disposto no ponto antecedente.

### 10. Cliente menor, titular de conta de depósito à ordem, com idade igual ou superior a 14 anos

10.1. Relativamente a conta de depósitos à ordem titulada por Cliente menor, com idade compreendida entre os 14 e os 17 anos, que não se encontre interdito ou inabilitado, o(s) respetivo(s) representante(s) legal(ais), atenta a verificação da natural capacidade do menor decorrente da sua idade, poderá(ão) solicitar ao Banco, através de pedido expresso por escrito, a atribuição, a esse Cliente menor de um Código de Acesso (Multicanal) para os canais Centro de Contactos, Internet, *Mobile* e *MTM*, assim como, para estes dois últimos canais, o respetivo Código de Utilizador, reconhecendo-se ao Banco a liberdade de aceitar ou não a atribuição dos referidos Códigos.

10.2. O Código de Acesso (Multicanal) permitirá ao Cliente menor realizar unicamente operações de consulta - de saldos e de movimentos - da Conta Vinculada. Não é permitida a realização de quaisquer outras operações ou quaisquer transações.

10.3. O Código de Acesso (Multicanal) e o Código de Utilizador são pessoais e intransmissíveis e serão entregues exclusivamente ao menor, que deverá utilizá-los em respeito das presentes Condições Gerais, responsabilizando-se o seu representante legal, perante o Banco, pela sua utilização adequada.

### 11. Informação financeira

11.1. A informação financeira disponível através dos canais Internet e *Mobile*, nomeadamente cotações, índices, notícias, estudos ou outra, é disponibilizada pelo Banco com um intuito meramente informativo e é elaborada por terceiros, que autorizam o Banco a difundir tal informação aos Clientes.

Confidential pursuant to Securities Exchange Act s.24(d).                                                                                           SEC-CMVM-E-0000017



11.2. Apesar de o Banco selecionar criteriosamente as fontes de informação, podem escapar à sua análise erros ou omissões, não podendo por isso garantir a exatidão ou completude da informação difundida nem ser por tal responsabilizado, ou responsabilizado pela má interpretação ou utilização da mesma.

11.3. O Cliente utilizará a informação financeira difundida por sua conta e risco, sendo o Cliente exclusivamente responsável pelas decisões de investimento tomadas com base na referida informação.

**12. Disposições complementares**

12.1. As comunicações escritas que o Cliente pretenda dirigir ao Banco no âmbito do presente Contrato podem ser remetidas para a Agência onde tenha relações preferenciais, à escolha do Cliente, ou para a sede do Banco.

12.2. Os contactos de iniciativa do Banco não implicam custos para o Cliente, sem prejuízo do preço e encargos devidos pelo serviço financeiro que venha a ser contratado na sequência de cada contacto.

12.3. O pagamento de todos os produtos e serviços financeiros e seguros que venham a ser adquiridos pelo Cliente no âmbito da utilização dos meios de comunicação à distância previstos nas presentes Condições Gerais poderá ser efetuado por débito de qualquer conta individual ou solidária de que o Cliente seja ou venha a ser titular junto do Banco.

**13. Tratamento de dados pessoais**

13.1. O Banco realizará, ou poderá realizar, o tratamento de dados pessoais do Cliente ("qualquer informação relativa a uma pessoa singular identificada ou identificável") - designadamente, das categorias de dados pessoais como sejam dados de identificação, dados relativos à movimentação de contas e outros dados financeiros, dados relativos à avaliação de risco e dados relativos às preferências dos seus clientes -, para diversas finalidades, que poderão ou não estar diretamente associadas a este contrato: prestação de serviços de receção de depósitos, concessão de crédito, pagamento e realização das demais operações permitidas aos bancos, gestão de contratos, subcontratação de serviços incluindo do tratamento de dados pessoais, cumprimento de obrigações fiscais, reporte e prestação de informação a autoridades públicas, avaliação de risco, prevenção de fraude, segurança das operações, cessão de créditos, marketing, marketing direto, gestão de contactos e de reclamações, avaliação de satisfação do cliente, processamentos de natureza estatística e contabilística, cobranças e gestão de contencioso, prevenção dos crimes de branqueamento de capitais e financiamento ao terrorismo, monitorização de qualidade de serviço e cumprimento de obrigações legais e regulamentares a que o Banco está sujeito.

13.2. O Banco mantem um registo digital dos códigos do Cliente e das instruções por si transmitidas, incluindo as conversações telefónicas mantidas no âmbito de canais telefónicos especializados, destinado a fazer prova e assegurar a qualidade das transações comerciais ocorridas entre o Banco e os titulares dos dados pessoais, podendo ser apresentado a juízo em caso de litígio.

13.3. O Banco poderá realizar a perfilagem dos clientes com base nos seus dados pessoais, designadamente para efeitos de criação de perfis de risco dos clientes, por exemplo, para a concessão de crédito, apresentação de propostas para a contratação de outras operações, ou para avaliação da evolução do perfil do Cliente.

13.4. A realização de alguns tratamentos de dados pessoais poderá estar dependente de prévio consentimento do cliente. No caso do tratamento de dados para fins de marketing direto, os dados pessoais podem ser tratados salvo se o Cliente manifestar expressamente que não pretende esse tratamento.

13.5. O responsável pelo tratamento dos dados é o Banco, os agrupamentos complementares de empresas de que este seja membro agrupado ou as empresas por ele dominadas ou participadas, incluindo as empresas, sucursais e escritórios de representação do Banco estabelecidos no estrangeiro, aos quais o mesmo pode comunicar os dados recolhidos e registados.

13.6. As entidades subcontratadas, bem como as entidades fornecedoras ou licenciadores de serviços ao Banco, incluindo as sedeadas fora da União Europeia, poderão ter acesso a dados recolhidos e registados pelo Banco e realizar outras operações de tratamento dos dados pessoais de Clientes, quando e na medida em que tal se mostre necessário para a oferta ao Cliente de produtos ou serviços comercializados pelo Banco, ou para o cumprimento das obrigações contratuais estabelecidas entre o Banco e o Cliente, estando aquelas entidades vinculadas pelo cumprimento do dever de sigilo bancário, bem como o rigoroso cumprimento de toda a legislação e demais normas aplicáveis ao tratamento de dados pessoais, nos exatos termos em que o Banco está obrigado.

13.7. Os dados pessoais são conservados por períodos de tempo distintos, de acordo com a respetiva finalidade a que se destinam e tendo em conta os seguintes critérios: obrigações legais de conservação de informação, necessidade e minimização dos dados tratados em função das respetivas finalidades. O Banco eliminará ou anonimizará os dados pessoais dos Clientes quando os mesmos deixarem de ser necessários à prossecução das finalidades para as quais tenham sido recolhidos e tratados.

13.8. É assegurado ao Cliente, nos termos legais, o direito de informação, acesso, retificação, oposição, apagamento, limitação e portabilidade dos dados pessoais, mediante comunicação escrita dirigida ao Banco. A todo o tempo, o Cliente poder solicitar quaisquer informações ao Banco sobre os tratamentos dos seus dados pessoais.

13.9. O exercício dos referidos direitos ou qualquer reclamação do Cliente relativamente aos tratamentos dos seus dados pessoais pode ser apresentada ao Banco, ao respetivo Encarregado da Proteção de Dados ou à Autoridade de Controlo.

13.10. Os direitos de informação dos Clientes serão complementados por outras políticas e documentos acessíveis nas diversas plataformas de comunicação do Banco, em especial pela Política de Privacidade, cuja versão atualizada poderá ser consultada em qualquer Agência do Banco ou no respetivo sítio de Internet www.millenniumbcp.pt.

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o nº único de matrícula e de identificação fiscal 501 525 882

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-CMVM-E-0000018



**14. Alteração e denúncia do contrato**

14.1. O Banco comunicará, com um pré-aviso de dois meses, as alterações que forem produzidas às presentes Condições Gerais, mediante circular, mensagem no extrato de conta ou por outro meio apropriado.

14.2. Considera-se que o Cliente aceitou as alterações propostas se não tiver notificado o Banco de que as não aceita antes da data proposta para a entrada em vigor das mesmas, podendo o mesmo resolver o presente contrato sem encargos com fundamento em tais alterações.

14.3. Qualquer das partes pode, a qualquer momento, denunciar o presente contrato, mediante notificação à outra parte com pelo menos 30 dias de antecedência.

**15. Disposições finais**

15.1. A este Contrato é aplicável a língua, lei e jurisdição portuguesas.

15.2. Para julgar todas as questões emergentes do contrato, fixam-se como competentes os foros da comarca de Lisboa, do Porto e do domicílio do Cliente em Portugal, com expressa renúncia a qualquer outro.

15.3. O Cliente pode apresentar reclamações ou queixas por ações ou omissões dos órgãos e colaboradores do Banco ao Provedor do Cliente, que as aprecia após as necessárias diligências de instrução, podendo este emitir recomendações à Comissão Executiva do Banco. As recomendações do Provedor do Cliente são vinculativas para os órgãos e serviços, após aprovação da Comissão Executiva. As questões devem ser colocadas por escrito ao cuidado do Provedor do Cliente, utilizando para o efeito o endereço divulgado no sítio de Internet www.millenniumbcp.pt.

15.4. O Cliente poderá igualmente apresentar as suas reclamações ao Banco de Portugal. Para esse efeito, pode optar pela utilização do Livro de Reclamações disponível nas Agências do Banco, sendo este disponibilizado logo que o Cliente o solicite, ou pelo acesso ao Portal do Cliente Bancário onde pode preencher o formulário de reclamação *online* ou imprimir e preencher o referido formulário de reclamação e enviá-lo pelo correio para a morada do Banco de Portugal, conforme instruções constantes do referido Portal.

15.5. Os litígios de valor igual ou inferior à alçada dos tribunais de 1ª instância poderão, em alternativa aos meios judiciais competentes, ser submetidos às seguintes entidades extrajudiciais de resolução de litígios: Centro de Arbitragem de Conflitos de Consumo de Lisboa (www.centroarbitragemlisboa.pt) e Centro de Informação de Consumo e Arbitragem do Porto (www.cicap.pt).

15.6. O Cliente pode submeter a resolução extrajudicial os litígios respeitantes a produtos ou serviços contratados online, utilizando a plataforma de RLL - resolução de litígios em linha, também designada plataforma ODR - online dispute resolution (https://webgate.ec.europa.eu/odr/main/?event=main.home.show), criada à escala da União Europeia ao abrigo do Regulamento (UE) n.º 524/2013, do Parlamento Europeu e do Conselho, de 21 de maio de 2013.

15.7. O Banco disponibiliza um serviço para receção e tratamento extrajudicial de qualquer reclamação que os Clientes entendam ser de efetuar. Para o efeito, as reclamações deverão ser dirigidas a: Centro de Atenção ao Cliente, através do número 707 502 424 e/ou por correio eletrónico para o endereço divulgado em www.millenniumbcp.pt e/ou por escrito, devendo, neste caso, a reclamação ser endereçada para Avenida Professor Doutor Cavaco Silva (Tagus Park - Edifício 3), 2740-256 Porto Salvo.

**ANEXO - RISCOS E REGRAS DE SEGURANÇA**

**1. Regras para o acesso ao sítio de Internet www.Millenniumbcp.pt**

1. Sempre que aceder às suas contas bancárias, através do sítio do Millennium bcp, verifique se: (i) o endereço se inicia por https://ind.millenniumbcp.pt/, (ii) a barra de endereços se apresenta a verde e (iii) junto ao endereço se encontra um cadeado, seguido de "Millennium BCP", conforme:



Em caso de dúvida, confirme a origem do certificado digital - efetuando clique sobre o cadeado - e verifique se corresponde, efetivamente, ao Millennium bcp:





2. No acesso ao sitio internet www.millenniumbcp.pt apenas lhe é solicitada a **identificação** do Código de Utilizador e três (3) dígitos aleatórios do Código de Acesso (Multicanal). Serão solicitados **sempre os mesmos 3 dígitos** até que o login seja efetuado com sucesso.; Tudo o que for solicitado para além do referido constitui uma tentativa de fraude e deverá reportar para o 707 50 24 24. Para chamadas a partir do estrangeiro, ligue para +351 210 05 24 24.

3. No acesso ao sítio Internet www.millenniumbcp.pt **o Banco nunca solicita o número de telemóvel ou a instalação de software/programas de segurança**.

4. **O Millennium bcp envia sempre e-mails SEM *links***. Nunca aceda ao sítio do Millennium bcp através de links de mensagens, motores de pesquisa ou, mesmo, através da opção "Favoritos". Digite sempre o endereço completo www.millenniumbcp.pt para evitar o acesso a páginas não fidedignas e muito idênticas à do sítio do Millennium bcp bem como evitar a instalação de software malicioso no equipamento utilizado para acesso ao sítio do Millennium bcp.

5. O Millennium bcp nunca solicita elementos de carater pessoal e/ou confidencial, como por exemplo Código de Acesso (Multicanal), Chave de Confirmação, número de telemóvel, alteração de dados, etc. por e-mail ou por qualquer outro meio.

6. **Deve ler atentamente** o conteúdo do SMS recebido com o Código de Autenticação, pois os dados da operação são identificados no texto da mensagem. Nunca forneça a terceiros os Códigos de Autenticação recebidos por SMS ou obtidos via *token*.

7. Não utilize um Código de Acesso (Multicanal) óbvio (1234567 ou 1111111 ou data de nascimento, etc.) para o acesso ao sítio de Internet www.millenniumbcp.pt. Periodicamente altere o seu Código de Acesso (Multicanal) na opção "Personalizar", do menu "Área M".

8. Defina códigos de acesso únicos para o sítio de Internet www.millenniumbcp.pt e não os utilize em outros sítios.

9. Nunca forneça a terceiros quaisquer elementos pessoais de identificação que possam ser utilizados para certificação junto das operadoras móveis, nem os Códigos de Utilizador e de Acesso (Multicanal) ou outros, nomeadamente os Códigos de Autenticação recebidos por SMS ou obtidos via *token*.

10. Deve igualmente ser impedido o acesso de terceiros aos equipamentos utilizados para confirmar operações bancárias bem como aos seus componentes, como sejam os cartões SIM.

11. Sempre que suspeite que os códigos de acesso ao Millennium bcp possam estar comprometidos, não hesite em alterá-los ou pedir o seu bloqueio através do Centro de Contactos.

12. Se verificar que o seu telemóvel se encontra inativo deverá contactar de imediato a sua operadora de telecomunicações e garantir o correto funcionamento do cartão SIM.

13. Mantenha o computador protegido:

   - Instale um antivírus e mantenha-o permanentemente atualizado:
   - Utilize uma firewall para que possa filtrar o tráfego da Internet que entra e sai do computador;
   - Esteja atento às atualizações de segurança que os fornecedores credíveis de software disponibilizam e aplique-as de acordo com as instruções fornecidas.

14. Deve suspeitar de qualquer e-mail que peça uma "ação imediata" ou crie uma sensação de urgência, que contenha erros ortográficos/gramaticais e anexos de ficheiros executáveis. Analise as mensagens de correio eletrónico que

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-CMVM-E-0000020



recebe antes de abrir, confirmando sempre a origem e o assunto da mesma e, se continuar com dúvidas, confirme junto da entidade emitente.

15. Consulte sempre as nossas newsletters e a informação que lhe fornecemos sobre segurança. Quando pretender ver algum tema de segurança abordado na nossa newsletter, envie-nos a sua sugestão. Sempre que tenha dúvidas ou necessite de esclarecimentos, por favor contacte-nos através do e-mail particulares@millenniumbcp.pt ou através do telefone 707 50 24 24. Para chamadas a partir do estrangeiro, ligue para +351 210 05 24 24.

## 2. Regras para o acesso ao Serviço do Centro de Contactos

1. O acesso ao serviço telefónico do Banco para clientes Particulares, efetua-se através dos números 707 50 24 24 / 918 27 24 24 / 935 22 24 24 / 965 99 24 24 ou a partir do
   - Atendimento automático - VRS (Voice Response System) é solicitado o número de conta à ordem e as 4 primeiras posições do Código de Acesso (Multicanal);
   - Atendimento personalizado é solicitado o número de conta à ordem e 3 posições aleatórias do Código de Acesso (Multicanal).

2. Para validar as operações é necessário ter a Chave de Confirmação, sendo solicitadas 3 posições aleatórias.

3. Regras para o acesso ao Serviço Mobile

## 3. Regras para o acesso ao Serviço *Mobile*
### 3.1. App Millennium

1. As aplicações para instalação e utilização no telemóvel estão disponíveis para equipamentos Apple e Android TM.

2. Instale as aplicações a partir das lojas de aplicações oficiais das marcas (Apple Store e Play Store).

3. Registo na App Millennium:
   - Depois de instalada a App Millennium, defina o PIN de Segurança constituído por 4 dígitos numéricos. De seguida, introduza o Código de Utilizador e solicite o envio do Código SMS, indispensável ao registo da aplicação;
   - Introduza as 3 posições aleatórias solicitadas do Código de Acesso (Multicanal) para validar o envio do SMS. Por último, introduza o código que recebeu por SMS e valide com mais 3 posições aleatórias do Código de Acesso (Multicanal).

4. Acesso às aplicações App Millennium:

   Em alternativa à utilização do Código Secreto (PIN), o acesso pode efetuar-se através de impressão digital ou reconhecimento facial, desde que o equipamento contemple estas tecnologias. Na página de login, poderá sempre optar pelo acesso com impressão digital, reconhecimento facial ou através do PIN. Para ativar/desativar o acesso à App por impressão digital ou reconhecimento facial, basta aceder à área de "Configurações".

5. Realização e confirmação de transações:

   A **App Millennium** nunca lhe solicitará, em simultâneo, mais de 3 dígitos do Código de Acesso (Multicanal), para confirmar operações. Tudo o que for solicitado para além do referido, constitui uma tentativa de fraude e deverá reportar para o 707 50 24 24. Para chamadas a partir do estrangeiro, ligue para +351 210 05 24 24.

### 3.2. Extensão da App Millennium para Apple Watch

1. A aplicação para Apple Watch é uma extensão da App Millennium e é ativada a partir da mesma, pelo que pressupõe a prévia adesão do utilizador à referida aplicação.

2. Para utilização desta aplicação é necessário parametrizar na App Millennium quais as contas/cartões que pretende visualizar através do Apple Watch.

3. As operações de consulta de informação bancária proporcionadas pela aplicação para Apple Watch não requerem a introdução de quaisquer códigos pessoais secretos. Contudo, a informação bancária apenas estará disponível quando o Apple Watch estiver próximo do iPhone, constituindo esta circunstância uma medida de segurança que o utilizador deverá ter sempre presente, para salvaguarda da confidencialidade da informação que lhe diz diretamente respeito.

### 3.3. *Mobile Web*

1. Nunca aceda ao serviço Mobile Web do Banco através de link. Digite sempre o endereço completo https://m.millenniumbcp.pt;

2. No acesso a m.millenniumbcp.pt apenas lhe é solicitado a identificação do Código de Utilizador e três (3) dígitos aleatórios do Código de Acesso (Multicanal). Serão solicitados sempre os mesmos 3 dígitos até que o login seja efetuado com sucesso. Tudo o que for solicitado para além do referido (ex. Código de Acesso completo, 4 dígitos do Código de Acesso, número de telemóvel) constitui uma tentativa de fraude e deverá reportar para o 707 50 24 24. Para chamadas a partir do estrangeiro, ligue para +351 210 05 24 24.

3. Nunca forneça a terceiros os Códigos de Autenticação recebidos por SMS ou obtidos via *token*.

4. Sempre que suspeite que os códigos de acesso possam estar comprometidos, não hesite em alterá-los em www.millenniumbcp.pt ou pedir o seu bloqueio através do serviço telefónico.

## 4. *Regras para o acesso à MTM*

1. O acesso à MTM efetua-se através de cartão bancário ou de três (3) dígitos aleatórios do Código de Acesso

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o nº único de matrícula e de identificação fiscal 501 525 882

Confidential pursuant to Securities Exchange Act s.24(d).                                                                                                    SEC-CMVM-E-0000021



(Multicanal). Serão solicitados sempre os mesmos 3 dígitos até que o login seja efetuado com sucesso, pelo que, tudo o que for solicitado para além do referido (ex. Código de Acesso completo, número de telemóvel) constitui uma tentativa de fraude e deverá reportar para o 707 50 24 24.

2. Nunca forneça a terceiros quaisquer elementos pessoais de identificação nem os Códigos de Utilizador ou de Acesso (Multicanal), ou outros.

Sempre que suspeite que os códigos de acesso ao Millennium bcp possam estar comprometidos, não hesite em alterá-los ou pedir o seu bloqueio através do serviço telefónico. Consulte sempre as nossas newsletters e a informação que lhe fornecemos sobre segurança. Quando pretender ver algum tema de segurança abordado na nossa newsletter, envie-nos a sua sugestão. Sempre que tenha dúvidas ou necessite de esclarecimentos, por favor contacte-nos via correio eletrónico - particulares@millenniumbcp.pt - ou através do telefone 707502424.

**5. Riscos**

A utilização dos meios de comunicação à distância com incumprimento das recomendações acima transmitidas, pode acarretar os seguintes riscos para os utilizadores:

Acesso de terceiros a dados pessoais e confidenciais;

Realização de transações por terceiros que impliquem movimentação do património da conta e perdas financeiras.

## ASSINATURAS

Declaro ter tomado conhecimento e aceitar o disposto nas Condições Gerais e no ANEXO - RISCOS E REGRAS DE SEGURANÇA e, por isso, subscrever plenamente o presente contrato, de que recebi uma cópia.

Data   2019 / 07 / 04
       Ano   Mês   Dia

Cliente

| **Conferência das assinaturas** | **Banco Comercial Português, S.A.** |
|---|---|
| Conferimos a assinatura do Cliente por semelhança com a existente nos ficheiros do Banco. | (Assinaturas do Banco) |

Data  2019 / 07 / 04

Banco Comercial Português, S.A., sociedade aberta - Sede: Praça D. João I, 28, Porto, Capital Social: Euros 4.725.000.000,00 - Matric. na Cons. do Reg. Com. do Porto, com o nº único de matrícula e de identificação fiscal 501 525 882