UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br><br> v.<br><br>VLADISLAV KLIUSHIN (a/k/a VLADISLAV KLYUSHIN),<br>NIKOLAI RUMIANTCEV (a/k/a NIKOLAY RUMYANTCEV),<br>MIKHAIL IRZAK,<br>IGOR SLADKOV, and<br>IVAN YERMAKOV (a/k/a IVAN ERMAKOV),<br><br>      Defendants. | Case No. 1:21-cv-12088-DLC |

## STATEMENT REGARDING NOTICE OF CONSENT TO ASSIGNMENT OF MAGISTRATE JUDGE

  Plaintiff U.S. Securities and Exchange Commission (the "SEC") hereby states that, at the present time, it is unable to file with the Court a filled-out Notice of Consent To Proceed Before A U.S. Magistrate Judge ("Notice"). On April 21, 2022, the SEC completed alternative service, by email, of the Complaint and Summons upon four of the five Defendants in the case, namely Nikolai Rumiantcev, Mikhail Irzak, Igor Sladkov, and Ivan Yermakov. *See* ECF No. 14. Although the SEC has tried to contact these four Defendants about the Notice, thus far the SEC is unable to ascertain whether any of these four Defendants consents to, or refuses to consent to, the assignment of this case to Magistrate Judge Cabell.

Dated:  May 20, 2022                                Respectfully submitted,

                                                                                */s/ David S. Mendel*  
David S. Mendel  
James P. Connor  
U.S. SECURITIES AND EXCHANGE COMMISSION  
100 F Street, N.E., Washington, DC 20549  
Tel: (202) 551-4418 (Mendel)  
Tel: (202) 551-8394 (Connor)  
MendelD@sec.gov  
ConnorJ@sec.gov

2

## CERTIFICATE OF SERVICE

I, David S. Mendel, certify that on May 20, 2022, copies of the foregoing Statement Regarding Notice of Consent To Assignment of Magistrate Judge was sent to the Defendants at the following email addresses:

| Defendant | Email Address |
|---|---|
| Nikolai Rumiantcev | nr@m13.su |
| Mikhail Irzak | mikka777@yahoo.com |
| Igor Sladkov | isladkov@mail.ru |
| Ivan Yermakov | i.s.ermakov@yandex.ru |

I further certify that on May 20, 2022, copies of this motion, copies of the foregoing Statement Regarding Notice of Consent To Assignment of Magistrate Judge was filed using the Court's CM/ECF system, which constitutes service upon all registered ECF users, including counsel for Defendant Vladislav Kliushin.

/s/ *David S. Mendel*
DAVID S. MENDEL