UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                   Civil Action
                                                                                                   No: 21cv12088-WGY

Securities and Exchange Commission
Plaintiff

v.

Vladislav Kliushin et al
Defendants

## ORDER FOR CLOSURE

YOUNG, D.J.

     In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment. All material statutes of limitation are tolled as of the date of the filing of the complaint herein as to all matters raised therein. The case may be reopened upon motion by any party demonstrating that the above-entitled impediment to trial has been removed. This closure is without prejudice to either party moving to restore it to the docket, if any further action is required.

                                                                                          By the Court,

                                                                                          /s/ Matthew A. Paine

                                                                                          Deputy Clerk

September 13, 2022