```
     1    hack.  Well, you know why that is:  because he didn't do it
     2    directly from his laptop.  He went through the virtual servers
     3    at DigitalOcean and Vultr, and those virtual servers can host
     4    all kinds of different software.  They can have multiple
     5    different operating systems operating on them at the same time.
     6    He says there's no evidence that M-13 was involved in the
     7    intrusion.  I'm not sure if Mr. Nemtsev was at the same trial
     8    that we all were, but I submit to you there was plenty of
     9    evidence that came directly back to M-13.
12:16 10            He is the one who called the shots, ladies and
    11    gentlemen.  He is the one who was the boss of Ivan Ermakov and
    12    Nikolai Rumiantcev.  He is the one whose company chat app was
    13    on Igor Sladkov's phone.  He is the one who is so tight with
    14    Ermakov.  He is the one telling Saxo exactly how this works and
    15    how their trading works, and, of course, he's the one who made
    16    $21 million.
    17            You also heard the argument that:  It wasn't the
    18    defendant.  It wasn't Ermakov.  If it was anyone, it was
    19    Sladkov.  And Sladkov started trading earlier, and so that's
12:16 20    how you know the defendant wasn't involved.
    21            We told you that Sladkov started trading earlier.
    22    There's no dispute about that.  You don't have to join a
    23    conspiracy at the very beginning to be part of a conspiracy.
    24    You don't have to join a scheme at the very beginning to be
    25    part of a scheme.  And PS, there can be more than one hacker
```

1  involved.  It doesn't have to be only Ivan Ermakov.  It wasn't
2  only Ivan Ermakov.  He was the defendant's close buddy.  He was
3  the hacker involved in this scheme.  So was Igor Sladkov.
4  That's why he had the confidential earnings information on his
5  computer screen.  That's why sometimes he traded first and
6  sometimes the defendant traded first.  There was a lot of work
7  involved in this hack, ladies and gentlemen.  There was a lot
8  of work.  They were hacking each of those networks using Julie
9  Soma's user ID and the other user IDs we talked about again and
10 again and again.  And they had to read all those earnings
11 reports and try and figure out what they were saying and figure
12 out which ones to trade off.  They were busy.  This was not a
13 one-man job.
14         Now, the Judge will instruct you that in a conspiracy,
15 the defendant doesn't have to know each and every conspirator.
16 He doesn't have to be involved in each aspect of the scheme.
17 He just has to have a general understanding of the scope of the
18 conspiracy.  But you know that he actually does know Igor
19 Sladkov.  Sladkov had pictures of his yacht on Sladkov's phone,
20 not just one picture, lots of pictures.  Sladkov had
21 pictures -- you heard this from Agent Hitchcock -- of his
22 vacation in the Maldives in Sladkov's phone.  Why?  Do you have
23 pictures of random other people's vacations that you don't know
24 on your phone?
25         Sladkov has his chat app, his super-secret encrypted