```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                    )
U.S. SECURITIES AND EXCHANGE        )
COMMISSION,                         )
                                    )     CIVIL ACTION
                    Plaintiff,      )     No. 21-12088-WGY
                                    )
            v.                      )
                                    )
VLADISLAV KLIUSHIN                  )
(a/k/a VLADISLAV KLYUSHIN),         )
ET AL.,                             )
                                    )
                                    )
                                    )
                                    )
                    Defendants.     )
_____)
```

YOUNG, D.J.                                         May 14, 2024

**ORDER**

Plaintiff United States Securities and Exchange Commission (the "SEC") moves this Court for summary judgment against defendant Vladislav Kliushin (a/k/a Vladislav Klyushin) ("Kliushin") in the present civil action regarding securities enforcement.

The Court takes note of the parallel criminal proceeding in this case. "Following a 10-day trial, a jury convicted [Kliushin] of conspiring with Russian co-conspirators to hack into the computer systems of two American filing agents . . . and use confidential information to make profitable trades in the American stock market." United States v. Klyushin, No. CR

21-10104-PBS, 2023 WL 4756760, at *1 (D. Mass. July 26, 2023) (Saris, J.).  The Court also observes that an appeal in the parallel criminal proceeding is currently pending before the United States Court of Appeals for the First Circuit.

In view of the foregoing, the parties shall confer and jointly report by May 28, 2024 whether this civil action ought be stayed pending resolution of the criminal matter styled <u>United States</u> v. <u>Klyushin</u>.  If any party asserts that the action ought not be stayed, such party shall simultaneously file a memorandum in support of its position.  Any response shall be filed by June 11, 2024.  After review of the submissions, the Court will determine whether a hearing is necessary to determine whether the action ought be stayed.

**SO ORDERED.**

    /s/ William G. Young
    WILLIAM G. YOUNG
    DISTRICT JUDGE