# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br>                                 **Plaintiff,**<br><br>    **v.**<br><br>**VLADISLAV KLIUSHIN (a/k/a VLADISLAV KLYUSHIN),** *et al.*,<br><br>                         **Defendants.** | **Case No. 1:21-cv-12088-WGY** |

## JOINT REPORT RESPONDING TO MAY 14, 2024 ORDER

Pursuant to the Court's May 14, 2024 Order (Dkt. No. 59), Plaintiff U.S. Securities and Exchange Commission ("SEC") and Defendant Vladislav Kliushin, a/k/a Vladislav Klyushin ("Kliushin") respectfully submit this joint report to address "whether this civil action ought [sic] be stayed pending resolution of the criminal matter styled <u>United States v. Klyushin</u> [*United States v. Klyushin, et al.*, No. 21-cr-10104-PBS (D. Mass) ("Criminal Action")]."

Defendant's position is that a stay of this case pending resolution of the Criminal Action is appropriate.  The SEC's position is that, while a pending appeal does not undermine the validity, finality, and preclusive effect of the judgment in the Criminal Action for purposes of collateral estoppel, in light of the Court's Order and the facts and circumstances of this case, the SEC does not oppose staying this case pending resolution of the appeal in the Criminal Action.

Dated:  May 20, 2024                          Respectfully submitted,

                                               /s/ Jennifer L. Farer___
                                              James P. Connor
                                              Jennifer L. Farer
                                              U.S. SECURITIES AND EXCHANGE COMMISSION
                                              100 F Street, N.E., Washington, DC 20549

Tel: 202-285-1516 / connorja@sec.gov (Connor)
Tel: 202-551-5072 / farerj@sec.gov (Farer)

*Counsel for Plaintiff*

/s/ *Maksim Nemtsev*___
Maksim Nemtsev
20 Park Plaza, Suite 1000
Boston, MA 02116
347-251-4800
menemtsev@gmail.com

*Counsel for Defendant Kliushin*

## CERTIFICATE OF SERVICE

I, Jennifer L. Farer, certify that on May 20, 2024, the foregoing was filed using the Court's CM/ECF system, which constitutes service upon all registered ECF users.  In addition, copies of the foregoing were sent to the following Defendants at the following email addresses:

| Defendant | Email Address |
|---|---|
| Nikolai Rumiantcev | nr@m13.su |
| Mikhail Irzak | mikka777@yahoo.com |
| Igor Sladkov | isladkov@mail.ru |
| Ivan Yermakov | i.s.ermakov@yandex.ru |

/s/ Jennifer L. Farer
JENNIFER L. FARER

3